# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JIMMY G. SMITH                                                      PLAINTIFF

v.                              No. 5:16-cv-2-DPM

CURTIS PEAVY, Individually                            DEFENDANT

## ORDER

Joint report, № 47, noted and appreciated. The report is the first detailed information provided to this Court about Smith's being involved in a pending bankruptcy case, which apparently predated this lawsuit. Smith's claims are an asset of his bankruptcy estate; so it's not clear that he has standing to pursue this case. When the parties file papers about the settlement, they should therefore address standing too. In the meantime: the Amended Final Scheduling Order, № 17, is suspended; the May 8th trial is canceled; and this case is stayed and administratively terminated. Joint status report due by 5 May 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 February 2017