IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY G. SMITH                                                            PLAINTIFF

v.                           No. 5:16-cv-2-DPM

CRETE CARRIER CORPORATION
and CURTIS PEAVY, Individually                                        DEFENDANTS

## JUDGMENT

The Amended Complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 May 2017